■ In the Matter of JAQUAN C., a Person Alleged to be a Juvenile Delinquent, Appellant. [4 NYS3d 485]—

Order of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about February 6, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts, that, if committed by an adult, would constitute the crimes of criminal possession of a weapon in the second degree and fourth degrees, criminal possession of a firearm, and possession of pistol or revolver ammunition, and also committed the act of unlawful possession of a weapon by persons under 16 (two counts), and placed him with the Administration for Children's Services for a period of 18 months, with placement in a residential facility for a period of six months, unanimously affirmed, without costs.

The court properly denied defendant's suppression motion. The presentment agency established by clear and convincing evidence that appellant's sister, an adult with authority over the premises, voluntarily invited the police to enter her apartment and "look around," and also voluntarily signed a consent form authorizing the police to search the apartment (*see generally People v Gonzalez*, 39 NY2d 122 [1976]). There was no threatening behavior by the police and the atmosphere was not unduly coercive. Consent was freely given by appellant's sister, who was 24 years old, and had prior experience with law enforcement. We have considered and rejected appellant's remaining claims. Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Clark, JJ.